IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, et al.,<br>        Plaintiffs,<br>    v.<br>KEVIN YEP, et al.,<br>        Defendants. | Case No. 12-cv-5588 JSC<br><br>**PRETRIAL ORDER NO. 1** |

Upon review of the parties' Joint Case Management Conference Statement, the Court orders as follows:

1. All fact discovery shall be completed by August 30, 2013, and
2. All dispositive motions shall be filed by September 27, 2013.

**IT IS SO ORDERED.**

Dated: June 27, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE